UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 06-1535 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Joseph D. Gebhardt hereby moves to withdraw as counsel for Plaintiff Bettye L. Jackson pursuant to Local Rule 83.6(c), and in support of his Motion states as follows:

1. Joseph D. Gebhardt and the firm of GEBHARDT & ASSOCIATES, LLP currently represent the Plaintiff in the above-captioned case as local counsel.

2. Co-counsel for Plaintiff, Adrian V. Nelson, II, has made efforts to communicate with the Plaintiff for some time now, but has not been able to do so. In light of Mr. Nelson's inability to communicate with the Plaintiff in this case, undersigned counsel is not able to provide Plaintiff with effective representation.

3. Plaintiff continues to be represented by Mr. Nelson. Mr. Nelson will have adequate time to obtain other local counsel

if circumstances warrant, so that Plaintiff will suffer no prejudice from undersigned counsel's withdrawal as local counsel.

4. Counsel has spoken with Assistant United States Attorney Alan Burch, who served as attorney for Defendant in Plaintiff's previous case. However, to undersigned counsel's knowledge, no attorney has been assigned to this case by Defendant.

5. For the foregoing reasons, this Motion to Withdraw as Counsel should be granted; and Joseph D. Gebhardt should be allowed to withdraw his appearance on behalf of said Plaintiff effective immediately. A proposed Order and notice to Plaintiff accompany this Motion.

                                        Respectfully submitted,

                                        _____/s/_____
                                        JOSEPH D. GEBHARDT
                                            (DC Bar No. 113894)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

December 28, 2006                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Withdraw as Counsel, notice to Plaintiff, and proposed Order was served this 28th day of December, 2006, via first class mail, postage prepaid, upon counsel and Plaintiff as follows:

    Alan Burch, Esq.
    U.S. Attorney's Office
    Judiciary Center Building, 10th Floor
    555 4th Street, N.W.
    Washington, DC 20001

    Adrian V. Nelson II, Esq.
    The Law Offices of Adrian V. Nelson, II
    The Adams Law Center
    31 Wood Lane
    Rockville, MD 20850

    Ms. Bettye L. Jackson
    1404 Horizon Court
    Herndon, VA 20170

                           /s/
                        JOSEPH D. GEBHARDT