## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTYE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1535 (RMC) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) |
| Dep't. of Homeland Security | ) |
| U.S. Secret Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

UPON CONSIDERATION of the Motion to Withdraw as Counsel filed by Joseph D. Gebhardt, and the full record, it is hereby this ____ day of December, 2006, **ORDERED**:

1. That the Motion is GRANTED; and

2. That Mr. Gebhardt is withdrawn as counsel for Plaintiff in this case.

 

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Alan Burch, Esq.
U.S. Attorney's Office
Judiciary Center Building, 10th Floor
555 4th Street, N.W.
Washington, DC 20001

Adrian V. Nelson II, Esq.
The Law Offices of Adrian V. Nelson, II
The Adams Law Center
31 Wood Lane
Rockville, MD 20850

Ms. Bettye L. Jackson
1404 Horizon Court
Herndon, VA 20170