LAW FIRM
# GEBHARDT & ASSOCIATES, LLP
1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036-4716

JOSEPH D. GEBHARDT • DC & MD
CHARLES W. DAY, JR. • DC, MD & NY
VALENCIA R. RAINEY • DC & AR
MARK A. DANN • DC & NJ
REBECCA M. HAMBURG • CA ONLY

MYRREL C. HENDRICKS, JR. • DC
SUSAN C. LEE • DC & CA
OF COUNSEL

PHONE: (202) 496-0400
FAX: (202) 496-0404

December 28, 2006

Ms. Bettye L. Jackson
1404 Horizon Court
Herndon, VA 20170

Re: <u>Jackson v. Chertoff</u>, Civil Action No. 06-1535 (RMC)

Dear Ms. Jackson:

Pursuant to District of Columbia Local Rule 83.6(c), we are notifying you that we are withdrawing as local counsel in the above-referenced case. We advise you that if you and Mr. Nelson wish to proceed, you should engage other local counsel immediately. If you wish to represent yourself or to object to our withdrawal, you should contact the clerk of the U.S. District Court in writing within five days of this letter.

Very truly yours,

*Charles W. Day, Jr. for*
Joseph D. Gebhardt

cc: Adrian V. Nelson, II