UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTYE L. JACKSON,                )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Civil Action No. 06-1535 (RMC)
                                  )
MICHAEL CHERTOFF, Secretary       )
Dep't. of Homeland Security       )
U.S. Secret Service               )
                                  )
        Defendant.                )
_____)

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bettye L. Jackson hereby voluntary dismisses the above-captioned Complaint pursuant to Fed. R. Civ. P. 41(a)(1). No Answer or Motion for Summary Judgment has been served in this case, making a Court Order unnecessary for this dismissal.

Date: *Feb. 16, 2007*

*/s/ Bettye L. Jackson*
BETTYE L. JACKSON, Plaintiff
1404 Horizon Court
Herndon, VA 20170

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

February 16, 2007          Attorney for Plaintiff